UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
KATHY APPERSON; MARIA CONTARDI;     :
BETTY FLORES; MARCIA FRAZIER; DIAN
HOYT; SHEILA D. JENNINGS; GLORIA    :
LARSON; PAMELA MARSHALL; JANET
WILSON; PAMELA WRIGHT-SHAW,         :
                                    :
      Plaintiffs                    :    Civil Action
v.                                  :    No. 04-11078-GAO
                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH         :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A     :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER         :
INGELHEIM PHARMACEUTICALS, INC.,
                                    :
      Defendants
                                    x
------------------------------------
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Indevus Pharmaceuticals, Inc.