UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KATHY APPERSON; MARIA CONTARDI;  :
BETTY FLORES; MARCIA FRAZIER; DIAN  :
HOYT; SHEILA D. JENNINGS; GLORIA  :
LARSON; PAMELA MARSHALL; JANET  :
WILSON; PAMELA WRIGHT-SHAW,  :
                                          :
        Plaintiffs  :    Civil Action
v.  :    No. 04-11078-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH  :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A  :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER  :
INGELHEIM PHARMACEUTICALS, INC.,  :
                                            :
        Defendants  :
                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

       Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004                              Respectfully submitted,
        Boston, Massachusetts


                                                   /s/Matthew J. Matule
                                                   Matthew J. Matule (BBO #632075)
                                                   SKADDEN, ARPS, SLATE,
Of Counsel:                                          MEAGHER & FLOM LLP
Barbara Wrubel                                     One Beacon Street
Katherine Armstrong                                Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                              (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                     Counsel for Defendant
                                                   Boehringer Ingelheim Pharmaceuticals, Inc.